**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES J. ANDERSON,<br><br>           Petitioner,<br><br>     v.<br><br>E. VALENZUELA, Warden,<br><br>           Respondent. | Case No. CV 15-0077-R (JPR)<br><br>**J U D G M E N T** |

   Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: JANUARY 12, 2016

_____
MANUEL L. REAL
U.S. DISTRICT JUDGE